# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
## DEPOSIT OF UNCLAIMED FUNDS

| In re:<br>　MICHAEL STEVENS<br>　LISA STEVENS<br>　　　　　Debtors.. | CHAPTER # 7<br>CASE NO. 08-24430 |
|---|---|

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

__X__ **A**  The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed.  The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

____ **B**  The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

**CREDITOR & ADDRESS (last known)**　　　　　　　　**CHECK AMOUNT**
Roundup Funding LLC　　　　　　　　　　　　　　　　$48.39
MS 550
PO Box 91121
Seattle, WA 98111-9221

　　　The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$48.39** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

　　　DATED this 9th day of June, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　Steven R. Bailey, Trustee